JOSHUA S. GOODMAN, ESQ. (SBN 116576)
ZACHARY S. TOLSON, ESQ. (SBN 242824)
JENKINS GOODMAN NEUMAN & HAMILTON LLP
417 Montgomery Street, 10th Floor
San Francisco, California  94104
Telephone:    (415) 705-0400
Facsimile:    (415) 705-0411

Attorneys for Defendant
HOME DEPOT U.S.A., INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| STEVE McCOY and EMMA McCOY,<br><br>Plaintiffs,<br><br>vs.<br><br>HOME DEPOT U.S.A., INC., and DOES 1 to 100,<br><br>Defendants. | Case No.: 1:09-CV-00787-OWW-GSA<br><br>**STIPULATION FOR DISMISSAL** |

Pursuant to FED.R.CIV.PRO. 41(a)(ii) it is hereby stipulated and agreed that Plaintiffs STEVE & EMMA McCOY hereby voluntarily dismiss the above-captioned case with prejudice, in entirety, each party to bear their own costs.

DATED:  August 18, 2009           LAW OFFICES OF WILLIAM L. BERG
                                  & ASSOCIATES


                            By:  /s/  Russell C. Sahliln
                                 RUSSELL C. SAHLIN, ESQ.
                                 Attorneys for Plaintiffs STEVE & EMMA McCOY


DATED:  September 3, 2009         JENKINS GOODMAN NEUMAN &
                                  HAMILTON LLP


                            By:  /s/  Zachary S. Tolson
                                 ZACHARY S. TOLSON, ESQ.
                                 Attorneys for Defendant, HOME DEPOT U.S.A., INC.

**IT IS SO ORDERED.**

DATED:  9/4/2009                  By: /s/ OLIVER W. WANGER
                                      UNITED STATES DISTRICT COURT JUDGE

Jenkins Goodman
Neuman & Hamilton LLP
417 Montgomery St., 10th Floor
San Francisco, California 94104
Telephone: (415) 705-0400